**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Board of Trustees of the Ohio** | ) | **CASE NO. 1:06 CV 842** |
| **Carpenters' Pension Fund on behalf** | ) | |
| **of the Ohio Carpenters' Pension Fund,** | ) | |
| **et al.,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| **Plaintiffs,** | ) | |
| **vs.** | ) | |
| | ) | |
| **Charles S. Bucci,** | ) | **Judgment Entry** |
| | ) | |
| **Defendant.** | ) | |

This Court, having issued its Memorandum of Opinion and Order affirming the Memorandum of Opinion and Order of United States Bankruptcy Court for the Northern District of Ohio issued on March 24, 2006, hereafter enters judgment for defendant.

IT IS SO ORDERED.


    /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 8/14/06